UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CARRIE S. ROBINSON, | |
| Plaintiff, | Case No. 4:19-cv-05028 |
| v. | Honorable Judge Andrew M. Edison |
| CONTRACT CALLERS, INC., | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**NOW COMES** Carrie S. Robinson ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd., and in support of her Notice of Voluntary Dismissal with Prejudice, states as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against, Contract Callers. Inc.

Dated: May 5, 2020                           Respectfully Submitted,

**CARRIE S. ROBINSON**

s/ *Alexander J. Taylor*
Alexander J. Taylor
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181
ataylor@sulaimanlaw.com
*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I, Alexander J. Taylor, an attorney, certify that on May 5, 2020, the foregoing document was filed electronically using the Court's CM/ECF system, which will accomplish service on all counsel of record.

/s/ *Alexander J. Taylor*