United States District Court
Southern District of Texas
**ENTERED**
May 06, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARRIE S. ROBINSON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-5028 |
| | § | |
| CONTRACT CALLERS, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER ON PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Carrie S. Robinson ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd. having filed with this Court her Notice of Voluntary Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

SIGNED at Houston, Texas, this 6th day of May, 2020.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE